

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-MJ-098 |
| NESA NICOLE CHLAMON (01) | |

### Criminal Complaint

*Possession of a Firearm by a Felon*

*On or about March 19, 2015, in the Fort Worth Division of the Northern District of Texas, the defendant, **NESA NICOLE CHLAMON**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Bauer Firearms Corporation, model Bauer Automatic, .25 caliber pistol; in violation of Title 18 United States Code, Sections 922(g)(1).*

I, ATF Task Force Officer Dallas Connor, Affiant, under oath, duly state that I am a Fort Worth Police Officer and deputized ATF Task Force Officer that the statements set forth in the affidavit are true and correct to the best of my knowledge.

1.     On Thursday March 19, 2015, Fort Worth Police officers located a black 2010 Kia Forte with a Texas license plate on view in the Subway lot showing the vehicle as stolen out of Euless, Texas and that there was a female sleeping in the driver's seat. Officers observed CHLAMON sleeping in the driver's seat with the keys in the ignition and a large tan colored purse in the passenger seat. An officer entered the passenger side of the vehicle and removed the keys from the ignition and the purse from the passenger seat for officer safety so CHLAMON could not drive off or grab anything from the large purse.

**Criminal Complaint - Page 1**

2. CHLAMON was awakened and removed from the driver's seat without incident. Officers confirmed that the Kia was stolen out of Euless Police Department. CHLAMON was placed under arrest for theft $1,500-$20,000 (Auto) for having care, custody and control of the confirmed stolen vehicle. Upon an inventory of the Kia officers searched the tan purse and located a Texas driver's license issued to CHLAMON along with a silver .25 caliber Bauer pistol loaded with 5 rounds in the magazine and 1 round in the chamber. Upon a further search of the purse, officers found a black cushioned bag containing 2 balled end pipes used for smoking controlled substance. Officers also found a zipper purse containing three clear bags each containing a clear crystal like substance believed to Methamphetamine. There was also a small clear baggy of a green leafy substance and a clear plastic baggy of 14 white rectangular pills sectioned off into 4 bars on each pill believed to be a controlled substance Xanax pills.

1. The firearm is fully described as:

    - an Bauer Firearms Corporation, model Bauer Automatic, .25 caliber automatic pistol, serial #193090 with one magazine and six rounds of ammunition in the magazine.

    - On March 19, 2015, Special Agent Rob Looper, an ATF interstate nexus expert, was given the information regarding the firearm described above possessed by CHLAMON and determined the described firearm was not manufactured within the State of Texas and the firearm would have to have traveled in interstate or foreign commerce to reach the State of Texas.

**Criminal Complaint - Page 2**

2. CHLAMON has the following felony convictions:

- Possession of a Controlled Substance, PG 1 Less Than One Gram; cause #1245302001, Tarrant County, Texas on August 18, 2011

- Possession of a Controlled Substance, PG 1 Less Than One Gram; cause #1245301001, Tarrant County, Texas on August 18, 2011

- Tamper/ Fabricate Physical Evidence with Intent To Impair; cause #1245303001, Tarrant County, Texas on August 18, 2011

- Possession of a Controlled Substance, PG 1 Less Than One Gram; cause #1332742001, Tarrant County, Texas on October 14, 2013

3. I believe there is probable cause to that CHLAMON has violated Title 18 United States Code, Sections 922(g)(1).

_____
Dallas Connor
ATF Task Force Officer - Fort Worth

Sworn to before me and subscribed in my presence, March 20, 2015, in Fort Worth, Texas, at 10:39 a.m./p.m.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint - Page 3